1196

No. 96–8400.  BUCHANAN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 96–1082.  ALGERNON BLAIR, INC., ET AL. v. WALTERS. Sup. Ct. N. C.  Certiorari denied.

No. 96–1148.  OUTLAWS CLUB ET AL. v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 96–1160.  RICHARDSON v. ALBERTSON'S, INC.  C. A. 10th Cir.  Certiorari denied.

No. 96–1168.  DANGERFIELD v. STAR EDITORIAL, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 96–1211.  CITY OF FLINT v. MIDDLETON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–1212.  PEITZMEIER ET UX. v. HENNESSY INDUSTRIES, INC.  C. A. 8th Cir.  Certiorari denied.

No. 96–1213.  IN RE JAQUES.  C. A. 5th Cir.  Certiorari denied.

No. 96–1254.  PAUL v. CRIBB ET UX.  Ct. App. S. C.  Certiorari denied.

No. 96–1280.  WOMEN PRISONERS OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS ET AL. v. DISTRICT OF COLUMBIA ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–1283.  PAOLO GUCCI DESIGN STUDIO, LTD. v. SINATRA, TRUSTEE OF THE SUBSTANTIVELY CONSOLIDATED ESTATES OF GUCCI, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–1343.  SECTION 28 PARTNERSHIP, LTD. v. MARTIN COUNTY.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.